| | |
|---|---|
| Robert J. Miller, Esq. (#013334)<br>Kyle S. Hirsch, Esq. (#024155)<br>**BRYAN CAVE LLP**<br>Two North Central Avenue, Suite 2200<br>Phoenix, Arizona 85004-4406<br>Telephone: (602) 364-7000<br>Facsimile: (602) 364-7070<br>Internet: rjmiller@bryancave.com<br>kyle.hirsch@bryancave.com<br><br>Attorneys for P. Gregg Curry, Chapter 7 Trustee | |

### IN THE UNITED STATES BANKRUPTCY COURT

### FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re<br><br>BBZ RESOURCE MANAGEMENT, INC., a Wyoming corporation,<br><br>Debtor. | Case No. 2:09-bk-14825-CGC<br><br>Chapter 7<br><br>**TRUSTEE'S REPORT OF AUCTION AND SALE** |

**NOTICE IS HEREBY GIVEN** pursuant to Federal Rule of Bankruptcy Procedure 6004(f)(1) that P. Gregg Curry, the Chapter 7 Trustee ("Trustee") in the above-captioned bankruptcy case of BBZ Resource Management, Inc. ("Debtor"), has caused to be sold at auction the property identified on <u>Exhibit 1</u> attached hereto ("Property"). The auction was held on August 14, 2010. The total sales price for the Property was $568.00.

RESPECTFULLY SUBMITTED this 8th day of December, 2010.

                                                BRYAN CAVE LLP

                                                By: /s/ KSH, 024155
                                                    Robert J. Miller
                                                    Kyle S. Hirsch
                                                    Two North Central Avenue, Suite 2200
                                                    Phoenix, AZ 85004-4406
                                                    Attorneys for P. Gregg Curry, Chapter 7 Trustee

681369.1 [0304760]

| | |
|---|---|
| 1 | COPY of the foregoing served via e-mail<br>this 8th day of December, 2010, upon: |
| 2 | |
| 3 | Richard Cuellar<br>U. S., Trustee's Office |
| 4 | 230 N. 1st Avenue, Suite 204<br>Phoenix, AZ 85003-1706 |
| 5 | ric.j.cuellar@usdoj.gov |
| 6 | |
| 7 | /s/ Donna McGinnis |

681369.1 [0304760]

BRYAN CAVE LLP
TWO NORTH CENTRAL AVENUE, SUITE 2200
PHOENIX, ARIZONA 85004-4406
(602) 364-7000

# EXHIBIT 1



Consignor Settlement

| CO #: | 5843 |
|---|---|
| Date: | 3/18/2010 |
| Page: | 1 |

**Consignor: BBZ**
Gregg Curry
Navigant Consulting Inc
201 E Washington St., Suite 1700
Phoenix, AZ 85004
Phone:602-528-8018   Fax:602-462-1889

Auction: August 14, 2010 Phoenix

| Inventory# | Lead | Date | Transaction Description | Amount |
|---|---|---|---|---|
| 244058 | BOX OF KEYBOARDS-HP DOC STATION & MISC COMP.ITEMS (NO BUYERS PREMIUM) | 8/20/2010 | Invoice Sale Price  Lot# 2067(Qty=1) | 25.00 |
| | | 8/20/2010 | Commission(Qty=1) | 0.00 |
| 244056 | FIREBOX CORE WATCH GUARD - FIREBOX - (NO BUYERS PREMIUM) | 8/16/2010 | Invoice Sale Price  Lot# 2183(Qty=1) | 150.00 |
| | | 8/16/2010 | Commission(Qty=1) | 0.00 |
| 244052 | DELL POWER CONNECT 2748 (NO BUYERS PREMIUM) | 8/16/2010 | Invoice Sale Price  Lot# 2184(Qty=1) | 35.00 |
| | | 8/16/2010 | Commission(Qty=1) | 0.00 |
| 244 | (X3) DELL FLAT SCREEN MONITORS (NO BUYERS PREMIUM) S/N CN-0G662F-74261-885-AW95-A00 -&- CN-0CK630-64180-75P-01LL -&- CN-0K419D-64180-93C-0JYL S/N CN-0G662F-74261-885-AW95-A00 -&- CN-0CK630-64180-75P-01LL -&- CN-0K419D-64180-93C-0JYL | 8/14/2010 | Invoice Sale Price  Lot# 2231(Qty=3) | 135.00 |
| | | 8/14/2010 | Commission(Qty=3) | 0.00 |
| 244060 | (X2) DELL FLAT SCREEN MONITORS (NO BUYERS PREMIUM) S/N CN-0G662F-74261-87P-57SF-A00 -&- MY23H9S201803L S/N CN-0G662F-74261-87P-57SF-A00 -&- MY23H9S201803L | 8/14/2010 | Invoice Sale Price  Lot# 2232(Qty=2) | 70.00 |
| | | 8/14/2010 | Commission(Qty=2) | 0.00 |
| 244150 | CHERRY WOOD (4 SMALL & 2 LARGE DRAWERS) - DESK (NO BUYERS PREMIUM) | 8/14/2010 | Invoice Sale Price  Lot# 4570(Qty=1) | 1.00 |
| | | 8/14/2010 | Commission(Qty=1) | 0.00 |
| 244151 | LIGHT WOOD WITH TOP (2 DRAWERS& 4 OVERHEAD) - DESK (NO BUYER PREMIUM) | 8/14/2010 | Invoice Sale Price  Lot# 4571(Qty=1) | 2.00 |
| | | 8/14/2010 | Commission(Qty=1) | 0.00 |
| 244 | BLACK METAL 4 DRAWER FILE CABINET & (4) BLACK OFFICE CHAIRS (NO BUYERS PREMIUM) | 8/16/2010 | Invoice Sale Price  Lot# 5067(Qty=1) | 5.00 |
| | | 8/16/2010 | Commission(Qty=1) | 0.00 |



Consignor Settlement

| CO #: | 5843 |
|---|---|
| Date: | 3/18/2010 |
| Page: | 2 |

| Inventory# | Lead | Date | Transaction Description | Amount |
|---|---|---|---|---|
| 256666 | LEXMARK T632 PRINTER S/N 992CNDG & BROTHER PRINTER U62063J8N549004 (NO BUYERS PREMIUM) | 8/14/2010 | Invoice Sale Price Lot# 6070(Qty=1) | 10.00 |
| | | 8/14/2010 | Commission(Qty=1) | 0.00 |
| 244152 | (04) BLACK OFFICE CHAIRS | 8/18/2010 | Invoice Sale Price Lot# 7142(Qty=1) | 95.00 |
| | | 8/18/2010 | Commission(Qty=1) | 0.00 |
| 244340 | (02) BLACK PLASTIC CASES - TRADE SHOW EQUIPMENT (NO BUYER PREMIUM) | 8/14/2010 | Invoice Sale Price Lot# 7146(Qty=1) | 10.00 |
| | | 8/14/2010 | Commission(Qty=1) | 0.00 |
| 244054 | G.E. MICROWAVE (NO BUYERS PREMIUM) Model JES1339WC S/N TF909734 U Model JES1339WC S/N TF909734 U | 8/14/2010 | Invoice Sale Price Lot# 7257(Qty=1) | 30.00 |
| | | 8/14/2010 | Commission(Qty=1) | 0.00 |

|  |  |
|---|---|
| Total Quantity: | 15.00 |
| Total Invoice Sale Price: | 568.00 |
| Total Due to Consignor: | 568.00 |
| Total Payments: | 0.00 |
| Balance: | $568.00 |

Positive Balance, Monies Owed to Consignor
Inventory Remaining For This Consignment Order

**COMMISSION SETTINGS**
Calculate Commission By: Each
Commission Structure Type: Fixed

| Any Amount | 0% |
|---|---|

**BUY BACK SETTINGS**
Calculate Buy Back By: Each
Buy Back Structure Type: Fixed

| Any Amount | 0% |
|---|---|

Thank you for utilizing the services of Sierra Auction Management, Inc. ("SAM")